**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PROCESSMAKER INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY DEMANDED |
| | ) | |
| ADTALEM GLOBAL EDUCATION INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff ProcessMaker, Inc. (hereinafter referred to as "PM"), by and through its attorneys, Trivedi & Khan, P.C., makes the following allegations against Defendant Adlatem Global Education:

### PARTIES

1.      Plaintiff PM is a corporation organized under the laws of the State of Delaware with its principal place of business in Durham, North Carolina.  PM specializes in, among other services, business process automation.

2.      Defendant Adlatem is a corporation organized under the laws of the State of Delaware with its principal place of business in Chicago, Illinois. Adlatem provides medical and healthcare education.

### JURISDICTION AND VENUE

3.      Jurisdiction is proper, pursuant to 28 U.S.C. § 1332(a)(3), because this action between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4.      This Court has personal jurisdiction over the Defendant, under 735 ILCS 5/2-209(b), as Defendant does regular business in Illinois.

6.      Venue is proper in this District, pursuant to 28 U.S.C. § 1391, because Defendant maintains its principal place of business in Chicago, Illinois.  Furthermore, the contract governing the relationship between parties requires all litigation to be brought in federal or state court withing Cook County, Illinois.

**FACTS COMMON TO ALL COUNTS**

7.      On or about March 28, 2024, PM entered into an agreement, titled "Master Cloud Services Agreement", with Defendant.  (Master Cloud Services Agreement, attached as Exhibit 1)

8.      The agreement called for PM to provide services to Defendant pursuant to certain Statements of Work ("SOWs").  The services to be provided were detailed to include intelligent document processing, applicant transfer credit evaluation, prospect self-services transfer credit evaluation, and more.  (Ex. 1 at Schedule B)

9.      Defendant was required to pay PM $94,000 annually. (Ex. 1 at 3(a))

10.      The initial term of the Agreement started on March 28, 2024 and lasted for one year.  After the initial term, the Agreement automatically renewed for a successive one-year term unless Defendant provided a 30 days advance notice.

11.      On March 28, 2025, the Agreement automatically renewed for one year.

12.      On April 10, 2025, PM sent Defendant an invoice for the annual subscription fee for the 2025-26 year.  (Invoice # INV-13492, attached as Ex. 2)

13.      Soon thereafter, Defendant communicated to PM that they would not pay the invoice because they did not request the renewal.

14. On April 10, 205, PM responded to Defendant and explained that the Agreement did not permit a termination in the middle of an active term.

15. Defendant continues to refuse to pay the invoice.

## COUNT I – BREACH OF CONTRACT

20. Plaintiff hereby repeats and realleges paragraphs 1 through 15 of the Complaint as if fully set forth herein.

21. On or about March 28, 2024, PM and Defendant entered into the Master Cloud Services Agreement. (Ex. 1)

22. PM fulfilled all of its duties under the Agreement.

23. PM issued an invoice to Defendant to pay $94,000 under the Agreement. (Ex. 2) Under the invoice, payment was due on May 10, 2025.

24. Defendant refuses to pay.

25. By failing to pay, Defendant has breached Section 3(a) of the Agreement.

26. Defendant's breach directly caused damages to PM, including attorneys fees.

WHEREFORE, Plaintiff ProcessMaker Inc. respectfully requests the Court to enter judgment in its favor and against Defendant Adtalem Global Education Inc. and order the following relief:

A. Monetary damages of at least $94,000;

B. All other just and proper relief including reasonable attorneys' fees and statutory prejudgment interest.

3

**PROCESSMAKER INC.**


By: */s/ Zubair A. Khan*
One of its attorneys


Zubair A. Khan (6275265)
Trivedi & Khan, P.C.
300 North Martingale Road, Suite 725
Schaumburg, IL 60173
Phone: 312-612-7619
Email: service@trivedikhan.com

4